**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PLATINUM TRADING, LLC,<br>by and through William B. Guzy,<br>A Partner Other Than the Tax Matters Partner,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>No. 05-545T<br><br>Chief Judge Edward J. Damich |

**MOTION TO STAY**
**PROCEEDINGS PENDING DECISION IN**
**JADE TRADING, LLC, *et al.* v. UNITED STATES**

Plaintiff, Platinum Trading, LLC, ("Platinum" or "Plaintiff"), respectfully moves this Court for a stay of proceeding pending the forthcoming decision in *Jade Trading, LLC, et al. v. United States*, Fed. Cl. No. 03-2164T. In support of its motion, Platinum states:

1. Plaintiff filed its complaint on May 12, 2005. Defendant filed its answer on September 7, 2005.

2. Pursuant to ¶ 4 of Appendix A of the Rules of the United States Court of Federal Claims ("RCFC") and RCFC 6(e), the parties' joint preliminary status report is due October 31, 2005.[1]

3. *Jade Trading, LLC, et al. v. United States*, No. 03-2164T is currently pending in this Court before Judge Mary Ellen Coster Williams. A trial was held in *Jade Trading* in September 2005 and a decision is forthcoming. This case and *Jade Trading* involve certain common issues of law.

[1] The disposition of this motion will determine whether it will be necessary for the parties to file a motion for enlargement of time to file the joint preliminary status report.

4. Staying this case pending the decision in *Jade Trading* serves judicial economy. See Haustechnik v. United States, 34 Fed. Cl. 740, 745 (1996) (staying proceedings pending outcome of a German suit because it served judicial economy); Northrop Corp. v. United States, 27 Fed. Cl. 795, 803-805 (1993) (continuing stay because it promoted, *inter alia*, judicial economy). The decision in *Jade Trading* is very relevant to the legal issues in this case and this Court will give great deference to the decision in *Jade Trading*.

5. Moreover, because the cases contain certain factual similarities, staying this case should reduce discovery with respect to certain issues. See id.; see also Corning Glass Works v. United States, 220 Ct. Cl. 605, 605 (1979) (granting a stay in order "to serve the interest of judicial economy and to avoid duplicative discovery proceedings"). The parties in *Jade Trading* have exhaustively addressed factual and legal issues before the Court in this case. To proceed with this action prior to the decision in *Jade Trading* will result in a duplication of efforts and increased cost to the government, Plaintiff, and this Court. See Far West Federal Bank, 930 F.2d 883, 891 (Fed. Cir. 1991) ("In today's climate of burgeoning litigation and strained resources, duplication of litigation serves no congressional purpose; it squanders judicial, governmental, and private resources.").

6. Defendant has no objection to the requested motion to stay but may file a response to this motion.

WHEREFORE, Plaintiff respectfully moves this Court to enter an Order staying proceedings pending the decision in *Jade Trading, LLC, et al. v. United States.*

Dated this 20th day of October, 2005.

Respectfully submitted,

PLATINUM TRADING, LLC

By: s/Thomas P. Fitzgerald
One of Its Attorneys

Thomas P. Fitzgerald
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 tel.
(312) 558-5700 fax

**CERTIFICATE OF SERVICE**

I certify that service of the foregoing document was made on this 20th day of October, 2005, by electronically filing a copy with the Court under the CM/ECF system with notification of such filing to opposing counsel, David R. House, Esquire, and by mailing copies thereof, in postage prepaid envelopes, to the tax matters partner at the following addresses:

Sentinel Advisors, LLC
Tax Matters Partner
Platinum Trading, LLC
546 Fifth Avenue
New York, NY 10036

Sentinel Advisors, LLC
Tax Matters Partner
Platinum Trading, LLC
68 Carman Avenue
Cedarhurst, NY 11516

s/Karen M. Kowalski
Karen M. Kowalski
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600 tel.
(312) 558-5700 fax