# In the United States Court of Federal Claims

No. 05-545 T
(Filed: October 27, 2005)

****************************************
**PLATINUM TRADING, LLC, by and through WILLIAM B. GUZY, A Partner Other Than the Tax Matters Partner,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
****************************************

**ORDER**

On October 20, 2005, Plaintiff filed a Motion to Stay Proceedings in this case pending a ruling in *Jade Trading, LLC, et al. v. United States*, Fed. Cl. No. 03-2164T.

In support thereof, Plaintiff asserts that *Jade* involves both common issues of law and factual similarities that will be relevant to this case. Plaintiff also states that because of the factual similarities, staying the case until a ruling is issued should reduce the necessary discovery. Plaintiff concludes by noting that the Defendant does not oppose its motion, and that if the Court denies the motion, the result will be a "duplication of efforts and increased cost to the government, Plaintiff, and this Court."

On October 26, 2005, the Defendant filed a Response stating that it does not oppose the stay sought by Plaintiff. The Defendant asserted that it agrees that *Jade* involves similar questions of law and fact, and that awaiting a ruling in *Jade* could "streamline the discovery needed in this case." However, the Defendant noted that *Jade* may not be "as influential in this case," but that such a determination cannot be made at this time as it depends largely on the Court's ruling in *Jade.* Aside from *Jade*, however, the Defendant suggested that a stay might ultimately prove to be necessary in this case due to a pending criminal investigation in a related case.

In light of the issues raised by the parties and because both parties support the stay requested, Plaintiff's motion is GRANTED.

The parties are ordered to file a joint status report on or before **January 9, 2006**, wherein they inform the Court of the status of *Jade* and the status of the criminal investigation in the related case. At that time, the Court will assess whether the stay should be continued and whether a status conference is necessary. Accordingly, the parties are relieved of their obligation to file a Joint Preliminary Status Report in light of the Court's decision to grant a stay.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge