IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-545 T
(Chief Judge Damich)

PLATINUM TRADING, LLC, by and through
WILLIAM B. GUZY, A Partner Other
Than The Tax matters Partner,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

---

JOINT STATUS REPORT

---

Pursuant to the Order of this Court entered October 27, 2005, the parties file this Joint Status Report to inform the Court of the status of Jade Trading, LLC, *et al.* v. United States, Fed. Cl. No. 03-2164T, and the status of the pending criminal investigation in the Southern District of New York. Plaintiffs' counsel have reviewed the contents of this report and authorized defendant to submit it as a joint report.

In the case of Jade, the matter has been tried and is fully briefed before the Court. Closing arguments were held on December 14, 2005. No decision has been entered as of the drafting of this Joint Status Report.

With respect to the criminal proceeding in the Southern District of New York, the trial judge has set the case for trial to begin September 11, 2006. At this time, the United States Attorneys Office for the Southern District of New York has not requested government's counsel in this matter to seek a stay of proceedings.

Respectfully submitted,

January 5, 2006
Date

s/David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General

DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section