IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-545 T
(Chief Judge Damich)

PLATINUM TRADING, LLC, by and through
WILLIAM B. GUZY, A Partner Other
Than The Tax matters Partner,
Plaintiff,

v.

THE UNITED STATES,
Defendant.

---

SUPPLEMENTAL JOINT STATUS REPORT

---

Pursuant to the Order of this Court entered January 9, 2006, the parties file this Supplemental Joint Status Report with respect to whether they recommend the Court continue the stay in this matter pending a decision in Jade Trading, LLC, *et al.* v. United States, Fed. Cl. No. 03-2164T. Plaintiff's counsel has reviewed the contents of this report and has authorized defendant to file it as a joint report.

Plaintiff recommends the stay continue for reasons stated in its Motion to Stay. Further, final briefing in Jade is completed and closing arguments were held on December 14, 2005, so the case is ripe for decision.

Defendant is not opposed to continuing the stay in this matter because it is possible, although not certain, that a decision in Jade Trading could enable the parties to narrow the discovery required for this case and provide some instruction as to the legal analysis of the case. Furthermore, the request by the United States Attorneys Office for the Southern District of New

York that it be kept apprised of the proceedings in this action in order to ensure that this action does not adversely affect its pending criminal investigations is still in place. Thus, the potential that the government may seek a stay in the future if the criminal matter and this case intersect remains.

Respectfully submitted,

January 17, 2006
Date

s/David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims Section