# In the United States Court of Federal Claims

No. 05-545 T
(Filed: January 10, 2008)

****************************************
**PLATINUM TRADING, LLC, by and through WILLIAM B. GUZY, A Partner Other Than the Tax Matters Partner,** *

Plaintiff, *

v. *

**THE UNITED STATES,** *

Defendant. *
****************************************

**ORDER**

On December 21, 2007, this Court issued a decision in *Jade Trading LLC vs. United States*, No. 03-2164T. Pursuant to the Court's order of May 16, 2006, which stayed this case pending a decision in *Jade Trading*, the parties in this case are ORDERED to file a joint status report on or before **Friday, February 1, 2008** explaining how they propose to proceed.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge