**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| PLATINUM TRADING, LLC,<br>by and through William B. Guzy,<br>A Partner Other Than the Tax Matters Partner, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-545T |
| UNITED STATES OF AMERICA, | ) | Chief Judge Edward J. Damich |
| Defendant. | ) | |

**AFFIDAVIT OF APPOINTMENT**

I, Robert F. Denvir, state and declare as follows:

1. I am a partner in the law firm of Winston & Strawn LLP and am a member of the Bar of this Court;

2. I have been retained by William B. Guzy to serve as counsel of record in the above captioned case;

3. This substitution will not delay the proceedings in this matter;

4. Thomas P. Fitzgerald has consented to this substitution as evidenced by his signature on the Motion to Substitute Counsel; and

5. Counsel for the Government does not object to the Motion to Substitute Counsel.

Dated: January 28, 2008

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of January, 2008.

s/Robert F. Denvir
Robert F. Denvir
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5765 tel.
(312) 558-5700 fax
rdenvir@winston.com