# In the United States Court of Federal Claims

No. 05-545 T
(Filed: February 7, 2008)

****************************************
**PLATINUM TRADING, LLC, by and through WILLIAM B. GUZY, A Partner Other Than the Tax Matters Partner,**

Plaintiff,

v.

**THE UNITED STATES,**

Defendant.
****************************************

## ORDER

The Court has received the parties' Joint Status Report of February 1, 2008, in which the parties recommended that this Court extend the stay of proceedings in this case pending further proceedings in *Jade Trading, LLC v. United States*, No. 03-2164T, including any potential appeal. In regard to this request, the Court CONTINUES THE STAY of proceedings in this case in order to allow sufficient time for a decision to be rendered in the Tax Matters Partner's Motion for Reconsideration of the *Jade Trading* decision. The parties shall file a joint status report with this Court on or before the earlier of the following dates–**ten (10) working days** following the issuance of the decision on the Tax Matters Partner's motion or **Tuesday, June 3, 2008.** This report shall also briefly discuss the following issues:

1. If a decision on the Tax Matters Partner's Motion for Reconsideration has been rendered, Plaintiff should discuss plans, if any, to file an appeal of the *Jade Trading* decision issued on December 21, 2007 before the United States Court of Appeals for the Federal Circuit, the factual and legal issues the appeal will concern, and how resolution of these issues will affect this case;

2. The extent to which the issues addressed in the Tax Matters Partner's Motion for Reconsideration in the *Jade Trading* case, or in any decision on that motion, overlap with factual or legal issues in this case;

3. Whether this Court should extend the stay of proceedings in this case pending

completion of proceedings in the criminal case in the Southern District of New York, *United States v. Stein*, Docket No. S05-888 and the reasons the Court should or should not do so;

4. A specific time frame for any further deferment of proceedings in this case.

The parties may set forth separate views on any point on which they cannot agree.

s/ Edward J. Damich
EDWARD J. DAMICH
Chief Judge